Margo Piscevich, NV Bar No. 0917
Mark J. Lenz, Esq., NV Bar No. 4672
Piscevich & Fenner
499 West Plumb Lane, Suite 201
Reno, Nevada 89509
Tel: (775) 329-0958
Fax: (775) 329-2666
*Attorneys for DEFENDANTS*

## U.S. DISTRICT COURT
## DISTRICT OF NEVADA

ANDREA MCNULTY,

        Plaintiff,

v.

HARVEYS TAHOE MANAGEMENT COMPANY, INC., a Nevada Corporation; HARRAH'S ENTERTAINMENT, INC., a Delaware Corporation; HARRAH'S OPERATING COMPANY, INC., a Delaware Corporation; DOES I – XXX, AND ABC CORPORATIONS A-Z; inclusive,

        Defendants.

Case No.

# Notice of Removal

TO: U.S. DISTRICT COURT FOR THE DISTRICT OF NEVADA:

Defendants HARVEYS TAHOE MANAGEMENT COMPANY, INC., HARRAH'S ENTERTAINMENT, INC., and HARRAH'S OPERATING COMPANY, INC. submit their "Notice of Removal" as follows:

The grounds for removal are:

1. On July 8, 2010, Plaintiff filed her Complaint in the Second Judicial District Court of the State of Nevada, Case No. CV10-02059. Plaintiff served the Summons and Complaint on Defendants on November 4, 2010. A true and correct copy of the Summons and

Complaint is attached hereto as **Exhibit "1."**

2. Plaintiff's Complaint alleges she was and is a resident of Nevada. Defendants are citizens of Nevada and Delaware; however, Defendants are informed and believe and therefore assert that Ms. Mcnulty is not at present a resident of Nevada, and was not at the time of filing.

3. Defendants are informed and believe that the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. 28 U.S.C. §1332 confers original jurisdiction on the district courts in all actions arising between citizens of different states, where the amount in controversy exceeds $75,000, exclusive of interest and costs. Accordingly, this court has jurisdiction.

5. The Summons and Complaint attached hereto are the only pleadings that have been filed in this action. Defendants' response is due December 6, 2010, pursuant to Fed.R.Civ.P. 81(c)(2)(C).

**WHEREFORE** Defendants respectfully request that this action be removed to this Court and placed on the docket of this Court for further proceedings as though originally instituted in this Court.

Dated this 23rd day of November, 2010.

PISCEVICH & FENNER

By: _____
Mark J. Lenz
Attorneys for Defendants

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of PISCEVICH & FENNER and that on this date I caused to be served a true and correct copy of the document described herein by the method indicated below, and addressed to the following:

Document Served:          Notice of Removal

Person(s) Served:

Calvin R. X. Dunlap  
P.O. Box 3689  
537 Ralston Street  
Reno, Nevada  89505

_____ Electronic Filing  
\_\_\_XX\_\_\_ Hand Deliver  
_____ U.S. Mail  
_____ Overnight Mail  
_____ Facsimile (775)

DATED this 24th day of November, 2010.

*/s/ Beverly Chambers*  
Beverly Chambers