```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | |
|---|---|
| ANDREA MCNULTY, ) | 3:10-CV-00738-ECR-RAM |
| ) | |
|     Plaintiff, ) | |
| ) | MINUTES OF THE COURT |
| vs. ) | |
| ) | DATE: January 31, 2011 |
| HARVEYS TAHOE MANAGEMENT COMPANY, INC., ) | |
| a Nevada Corporation; HARRAH'S ) | |
| ENTERTAINMENT, INC., a Delaware ) | |
| Corporation; HARRAH'S OPERATING ) | |
| COMPANY, INC., a Delaware Corporation; ) | |
| DOES I-XXX, and ABC CORPORATIONS A-Z; ) | |
| ) | |
|     Defendants. ) | |

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN     Reporter:     NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand (#9), filed on December 21, 2010, is **GRANTED**.

This action is remanded to the Second Judicial District Court of the State of Nevada.

The forum defendant rule bars defendants from removing actions to federal court on the basis of diversity jurisdiction if a defendant is a citizen of the state in which such an action is filed. 28 U.S.C. § 1441(b). All of the claims by Plaintiff are state claims and, therefore, the action is not removable on the basis of federal question jurisdiction.

The Clerk shall enter judgment accordingly.

```
                                    LANCE S. WILSON, CLERK
                                    By        /s/
                                         Deputy Clerk
```